THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:18-CV-1-D

In the Matter of: )
)
WILLIAM G. FIELDS and TERRY T. )
FIELDS as Owners and TILLAR SCOTT )
FIELDS as Owner *pro hac vice* of a )
Kawasaki Jet Ski, Hull Identification ) ORDER
#KAW31422L708, Virginia Registration )
#VA 7098 BM, her engine, tackle, apparel, )
appurtenances, etc. )
)
For Exoneration from or )
Limitation of Liability )

This matter is before the court on Plaintiffs' motion to seal the complaint [DE-1] and to seal the motion to appoint a guardian ad litem [DE-4], both of which contain the full name, rather than the initials, of a minor in contravention of Fed. R. Civ. P. 5.2(a)(3). [DE-12]. Plaintiffs have filed a corrected complaint [DE-7] and motion [DE-11] that contain only the minor's initials. Accordingly, the public's right to access is not burdened by sealing the original complaint and motion, and the court finds good cause to allow the motion to seal. The clerk is directed to seal the original complaint [DE-1] and motion to appoint a guardian ad litem [DE-4].

SO ORDERED, the 23rd day of January 2018.

Robert B. Jones, Jr.
United States Magistrate Judge